UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

NOTICE OF PRETRIAL CONFERENCES

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

Judge Keith Starrett, has ordered PRETRIAL CONFERENCES in the following civil jury and non-jury cases. These conferences will be held before United States District Judge Keith Starrett, on **Tuesday, July 16, 2019** unless otherwise preset. **Please note the time your case has been scheduled on the attached page to this notice**. Pretrial Conferences will be held in Judge Starrett's Conference Room, William M. Colmer Federal Building and Courthouse, 701 N. Main Street, Suite 228, Hattiesburg, Mississippi.

TRIALS are scheduled for a two-week civil calendar during the weeks of August 5, 2019, and August 12, 2019, unless otherwise preset, Judge Keith Starrett presiding.

COUNSEL FOR THE PARTIES ARE TO PREPARE A JOINT PRETRIAL ORDER APPROVED BY ALL THROUGH THEIR ATTORNEYS FOR PRESENTATION TO THE JUDGE AT THE PRETRIAL CONFERENCE.

In preparing for trial, please refer to LOCAL RULE 16(j) GOVERNING PRETRIAL ORDERS AND OFFICIAL FORM NO. 3, THE FORMAT FOR ALL PRETRIAL ORDERS, AND RULE 51 REGARDING JURY INSTRUCTIONS. Jury instructions are to be submitted to the trial judge seven (7) days prior to trial. Instructions should be emailed to the Court at starrett_chambers@mssd.uscourts.gov . Each party is limited to eight (8) substantive instructions without permission of the Court. Do not duplicate the Court's standard instructions which are available upon request.. (Note the language in Official Form No. 2(a), concerning depositions. See also Rule 16(j)(5). The Court will strictly adhere to this rule.) **All in limine motions shall be filed twenty-one (21) days prior to the pretrial conference. SPECIAL NOTE: THIS IS SEVEN (7) DAYS SOONER THAN STATED IN L.U. CIV. R. 7(E).**

WITH REFERENCE TO NON-JURY CASES: PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW MUST BE SUBMITTED TO THE COURT AND OPPOSING COUNSEL BY A DATE TO BE DETERMINED AT THE PRETRIAL CONFERENCE. The document must bear the style and number of the case and should be submitted by email.

**PLEASE NOTE:**
**Exhibits are to be premarked and all pages numbered, and a list briefly describing each is to be presented to the Court in quadruplicate at the beginning of the trial. (A Sample of the Exhibit List is enclosed.) Exhibits should be tabbed and in ring binders. One copy of the exhibits in electronic format should also be furnished. The issue of exhibits should be discussed at the Pretrial Conference especially in cases with large numbers of exhibits.**

**A witness list shall be presented to the Court in quadruplicate at the beginning of the trial.**

The parties are instructed that a portion of the pretrial conference will be used to discuss settlement of the case. Counsel are instructed to confer with their client[s] in advance of the conference. **COUNSEL AND THE CLIENT AND/OR A REPRESENTATIVE WITH FULL AUTHORITY SHALL BE PRESENT AT THE CONFERENCE UNLESS EXCUSED BY THE COURT.** If the client and/or the representative with full authority are SPECIFICALLY EXCUSED by the Court from attendance at the conference, the client and/or the representative with authority shall be standing by and available, either in person or by telephone, within 5 minutes, from fifteen (15) minutes before the conference is scheduled to commence until the conference is completed, in the event communication is necessary. **NOTE: THE CONFERENCE MAY EXTEND THROUGH THE LUNCH HOUR OR PAST 5:00 P.M. AND MAY LAST 2-3 HOURS OR MORE.** If Counsel feels it is appropriate, any client or representative with authority who is present, may sit in on the conference.

**For all jury trials a confidential settlement memorandum (three page maximum) shall be submitted to Judge Starrett three days prior to the conference. If any party objects to the judge being involved in settlement attempts and continuing to preside over the trial, then this objection should be voiced not less than five days prior to the pretrial conference. This objection will be honored and the judge will not conduct nor participate in settlement discussions.**

If there are any unavoidable conflicts, counsel should notify the undersigned in writing at Debra_Jackson@mssd.uscourts.gov.

Should a party or his/her attorney fail to appear or to comply with the directions set out herein, an ex parte hearing may be held and a judgment of dismissal or default or other appropriate judgment entered or sanctions imposed.

Date: May 31, 2019

                                      ARTHUR JOHNSTON, CLERK
                                      UNITED STATES DISTRICT COURT

                  By:       s/*Debra Jackson*
                            Debra Jackson
                            Courtroom Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
_____ DIVISION

_____                                       **PLAINTIFF(S)**

**VERSUS**                                                                 **CIVIL ACTION NO.**

_____                                       **DEFENDANT(S)**

**EXHIBITS LIST**

DATE         NUMBER         DESCRIPTION                    SPONSOR                    EVID.
I.D.

         P-1     Biefly describe each exhibit;
         or      leave sponsor, identification,
         D-1     and evidence columns blank.         Leave these columns blank.
                 These entries will be made          The Court will fill them
                 during trial.                       in as exhibits are entered.


         Double Space between exhibits.


(Special Note: All pages of exhibits are to be numbered.)

**PRETRIAL CONFERENCES
BEFORE JUDGE KEITH STARRETT**

<u>July 16, 2019</u>

| | | | |
|---|---|---|---|
| 9:00 a.m. | 2:17-cv-201-KS-MTP | *Billy Braswell vs.*<br>*Vinson Guard Service* | Jury Trial |
| 10:30 a.m. | 2:17-cv-60-KS-MTP | *Jason Brookins vs.*<br>*Lawrence County School District,*<br>*Tammy Fairburn and Darryl Turner* | Jury Trial |